Sandra Burgos, Pro Se
270 King Street Apt. 910
Perth Amboy, NJ 08861
732 692-7404

May 20, 2020

Hon. Claire C. Cecchi
Courtroom 5B
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Sandra Burgos v. City of Perth Amboy et al.,
    2:17-cv-07035-CCC-CLW

Dear Judge Cecchi:

Please send me a stipulation of dismissal without prejudice.

Thank you for your attention in this matter.

Respectfully,

Sandra Burgos

Cc: Thomas Abbate, Esq (via email)
    Rosemarie Cipparulo, Esq. (via email)
    Peter King, Esq (via email)
    Erin Henderson, Esq. (via email)